**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

FILED
U.S. DISTRICT COURT
MIDDLE D. GEORGIA

05 JUN -9 PM 3: 48

_____ DEPUTY CLERK

| | |
|---|---|
| **RICK WILLINGHAM,** | : |
| | : |
| **Petitioner,** | : |
| | : |
| **vs.** | :  **3:01-CR-02 (CAR)** |
| | : |
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Defendant.** | : |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc.

417] to deny Petitioner Willingham's Motion to Vacate, Set Aside, or Correct his Sentence.

Plaintiff filed an objection to this recommendation. [Doc. 421]. Having considered the

matter, this Court agrees with the Recommendation; it is therefore **ADOPTED** and **MADE**

**THE ORDER OF THE COURT**.

SO ORDERED, this **9** day of June, 2005.


C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LTH/jec